AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

**FILED**
**2:46 pm Sep 23 2026**
**Clerk U.S. District Court**
**Northern District of Ohio**
**Toledo**

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*
Any and all payments to be made to Randazzo Investments in accordance with a certain promissory note dated April 3, 2026

Case No. 3:26-MJ-5392

## APPLICATION FOR A WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the Central District of California is subject to forfeiture to the United States of America under 18 U.S.C. § 981(a)(1)(C) *(describe the property)*:

(civil forfeiture) and 18 U.S.C. § 982(a)(2)(A) (criminal forfeiture) concerning violation(s) of 18 U.S.C. § 1344 (bank fraud). And, is subject to forfeiture to the United States under 18 U.S.C. § 981(a)(1)(A) (civil forfeiture) and 18 U.S.C. § 982(a)(1) (criminal forfeiture) concerning violation(s) of 18 U.S.C. § 1957 (money laundering): See, attached Description of Property to be Seized.

The application is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

Matt Swansinger
*Applicant's signature*

Matt Swansinger, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, after a PDF was submitted via electronic mail.

Date: September 23, 2026

*Judge's signature*

City and state: Toledo, Ohio

Darrell A. Clay - United States Magistrate Judge
*Printed name and title*