*Description of Property to be Seized:*

Any and all payments to be made by individual A.W.C. ["A.W.C.", full name known to the government] and/or any successor to Randazzo Investments (a California corporation) or its assignee in accordance with a certain "Note Secured by Deed of Trust - Installment Note, Balloon, Interest Only" (redacted copy of note attached), dated April 3, 2026. Such payments include, but are not limited to: (i) monthly interest payments to be made on the note in the amount of $3,104.17; (ii) the balloon payment to be made on the note on or about March 1, 2027, in the amount of $250,000.00; and/or, (iii) any payment constituting an alternative payment (*e.g.*, a pre-payment) for the balloon payment. All such payments by A.W.C. [and/or any successor] are to be made to the United States Marshals Service ("USMS") in the manner directed by the USMS.

DO NOT DESTROY THIS NOTE: When paid, this note with Deed of Trust securing same, must be surrendered to Trustee for cancellation before reconveyance will be made.

Escrow No.: 04022026

# NOTE SECURED BY DEED OF TRUST
## INSTALLMENT NOTE - BALLOON - INTEREST ONLY

$250,000.00 Date: April 3, 2026

Costa Mesa, California.

*In installments as herein stated, for value received, the undersigned promise to pay to* Randazzo Investments, (a California Corporation) or order, at 865 Kallin Avenue, Long Beach, CA 90815 the principal sum of TWO HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS, ($250,000.00) with interest from April 3, 2026 on unpaid principal at the rate of 14.900% *per cent per annum.* Interest payable in monthly installments of THREE THOUSAND ONE HUNDRED FOUR AND 17/100 ($3,104.17) or more on the FIRST day of each month, beginning on the FIRST day of MAY, 2026, and continuing until the FIRST day of MARCH 2027, at which time the entire principal balance together with interest due thereon, shall become due and payable and at which time THERE WILL BE A FINAL BALLOON PAYMENT DUE OF $250,000.00.

"A late charge of 5.0000 percent of the monthly payment shall be due on each installment not received within ten days of the due date."

"Should the trustor or his successors in interest, without the consent in writing of the beneficiary, sell, transfer or convey or permit to be sold, transferred or conveyed, his interest in the property, or any part thereof, then the beneficiary may, at his option, declare all sum secured hereby immediately due and payable."

"This note is subject to Section 2966 of the Civil Code, which provides that the holder of this Note shall give written notice to the Trustor, or his successor in interest, of prescribed information at least ninety days and not more than one hundred and fifty days before any balloon payment is due."

Each payment shall be credited first to interest then due and the remainder on principal; and interest shall thereupon cease upon the principal so credited. Should default be made in payment of any of the installment of principal or interest when due the whole sum of principal and interest shall at the option of the holder of this note, become immediately due. Principal and interest payable in lawful money of the United States. If action is instituted on this note I/We promise to pay such sum as the Court may affix as attorney's fees. This note is secured by the Deed of Trust to Randazzo Investments LLC, A CALIFORNIA LLC, AS TRUSTEE, and by the security interest in the additional collateral as described above and in the Deed of Trust.

ADDITIONAL COLLATERAL. In addition to the Deed of Trust, this Note is further secured by the Borrower's pledge of his one hundred percent (100%) membership interests in Boxshark Waters LLC and Boxshark Funding LLC, as more particularly described in the Deed of Trust. Lender agrees that, in the event of default, any remedies against the additional collateral shall be exercised if and only if the proceeds realized from the Property are insufficient to pay the amounts due under this Note, and then strictly in the order set forth in the Deed of Trust: first the assets of Boxshark Waters LLC, and only thereafter the assets of Boxshark Funding LLC.

[redacted]